# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

PETER J. ALLSOT, as next friend of his
minor child B.P.L.A.,

        **Case No.: 5:25-cv-00395-MMH-PRL**

        **Plaintiff,**

    v.

**NASEEM LATIF,**

        **Defendant,**

_____/

## ORDER

Plaintiff Peter J. Allsot, who is proceeding pro se, has filed this action on behalf of his minor child. (Doc. 1).[1] However, it is well-settled that a parent, who is not an attorney, may not bring a pro se action on his child's behalf. *See Whitehurst v. Wal-Mart,* 306 Fed.Appx. 446, 448-49 (11th Cir. 2008) ("a non-lawyer parent has no right to represent a child in an action in the child's name."). Before recommending dismissal of Plaintiff's claims on this basis, the Court will afford Plaintiff until **August 5, 2025**, to retain counsel. If counsel has not filed a notice of appearance by **August 5, 2025**, I will recommend that this action be dismissed.

Given the posture of this case. Plaintiff's motions for alternative service (Doc. 3), for leave to electronically file documents (Doc. 4), and to proceed in forma pauperis (Doc. 5) are due to be **denied without prejudice**. Plaintiff may renew these motions if the case moves forward with counsel.

---

[1] The Complaint alleges, "this Petition is filed pro se by a layperson and on behalf of a minor child." Doc. 1 at 1.

DONE and ORDERED in Ocala, Florida on July 15, 2025.


PHILIP R. LAMMENS
United States Magistrate Judge